P

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| STEELE'S MARKET, INC. ) | Case No. 01-11323 SBB |
| EIN 84-0646892 ) | Chapter 7 |
| ) | |
| Debtors. ) | |

**ORDER RECLASSIFYING CLAIM NO. 190**

      THIS MATTER, having come before this Court upon the Trustee's Motion to Reclassify Claim No. 190, and the Court being duly advised in the premises,

      HEREBY ORDERS that Proof of Claim No. 190 filed by Pinnacol Assurance is reclassified as a general unsecured claim in its entirety.

DATED  September 21, 2009

                                    BY THE COURT:

                                    _/s/ Sid Brooks_____
                                    Sidney B. Brooks,
                                    United States Bankruptcy Judge